**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mia GROOMS, Petitioner**

**No. 465 EAL 2016**

Supreme Court of Pennsylvania.

February 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**IN the INTEREST OF P.E., a Minor**

**Petition of: J.G., Natural Father**

**No. 505 WAL 2016**

Supreme Court of Pennsylvania.

February 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kyshim M. HENDERSON, Petitioner**

**No. 434 EAL 2016**

Supreme Court of Pennsylvania.

February 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.